■ CRAIG RICE-BISHOP, Respondent, v. ST. NICHOLAS SPORTS CENTER, INC., Appellant, et al., Defendant, and BERNARD STORPER, Doing Business as Storper Attractions, Respondent.— Judgment unanimously affirmed, with costs.

No opinion. Concur — Peck, P. J., Botein, Rabin and Frank, JJ. [See *post*, p. 710.]